# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, *in his official capacity as Governor of California*; ROBERT BONTA, *in his official capacity as Attorney General of California*,<br><br>Defendants-Appellees. | No. 26-926 |

## CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Attorneys' contact information**

*Counsel for Plaintiff-Appellants:*

Eric D. McArthur (eric.mcarthur@usdoj.gov)
Mark Freeman (mark.freeman2@usdoj.gov)
Daniel Tenny (daniel.tenny@usdoj.gov)
Andrew M. Bernie (andrew.bernie@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-3511

*Counsel for Defendants-Appellees:*

Alyssa Hope Zhang
California Department of Justice
330 South Spring Street, Suite 1700
Los Angeles, CA 90013
213-269-6444
Alyssa.Zhang@doj.Ca.Gov

Cameron Alyse Bell
California Department of Justice--Civil Rights Enforcement S
300 S. Spring Street, Suite 5200
Los Angeles, CA 90013
213-269-6761
Cameron.Bell@doj.Ca.Gov

Kristi Hughes
Office of the Attorney General
California Department Of Justice 600 West Broadway, Suite 1800
San Diego, CA 92101
619-321-5428
Kristi.Hughes@doj.Ca.Gov

Lee I Sherman
California Department of Justice
Bureau Of Children's Justice 300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
213-269-6202
Lee.Sherman@doj.Ca.Gov

Zelda Vassar
Office Of The Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102
415-510-3875
Zelda.Vassar@doj.Ca.Gov

Asha Albuquerque
California Department of Justice

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-510-3625
Asha.Albuquerque@doj.Ca.Gov

**(2) Existence and nature of the emergency**

On February 9, 2026, the district court denied a preliminary injunction against a patently unconstitutional California law that purports to require federal law enforcement officers to display visible identification, backed by criminal penalties—notwithstanding the federal government's view that, to protect the safety of law enforcement officers and for operational purposes, it is sometimes necessary for Immigration and Customs Enforcement officials and other federal law enforcement officials to conceal their identities and/or agency associations while engaged in federal law-enforcement activities. The accompanying motion requires resolution on an emergency timeframe because the district court's order leaves in place California's law purporting to directly regulate the federal government contrary to settled intergovernmental immunity principles. It also subjects federal officials conducting federal law enforcement operations to potential criminal prosecution by the State of California. Although California agreed not to enforce these laws against the federal government while the preliminary injunction motion was pending, that stipulation expires on February 19 at noon.

The accompanying motion could not have been filed earlier. The district court entered its order on February 9. Pursuant to Fed. R. App. P. 8(a)(1)(C), the United States filed a motion for an injunction pending appeal in the district court on February 17, 2025. Because the district court has not yet ruled on the motion and the stay of enforcement referenced above will expire tomorrow at noon, we are filing the motion for an injunction pending appeal in this Court now, and respectfully request relief—if necessary, in the form of a temporary administrative injunction pending full consideration of this motion—by February 19 at noon.

**(3) Notice to opposing parties**

Prior to filing this motion, counsel for plaintiff contacted counsel for defendants and informed them of plaintiff's intent to seek an injunction pending appeal and an emergency temporary administrative injunction. Defendants oppose both an injunction and an administrative injunction. Upon filing this motion, plaintiffs will provide a service copy to defendants' counsel via email.

**(4) Relief sought in district court**

Plaintiff filed a motion for an injunction pending appeal on February 17. The district court has not yet ruled on that motion. We will promptly notify this Court when the district court rules.

                                         */s/ Andrew M. Bernie*
                                         ANDREW M. BERNIE