# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF CALIFORNIA; GAVIN NEWSOM, *in his official capacity as Governor of California*; ROBERT BONTA, *in his official capacity as Attorney General of California*, <br><br> Defendants-Appellees. | No. 26-926 |

## REPLY IN SUPPORT OF MOTION FOR ADMINISTRATIVE INJUNCTION

California's opposition to the federal government's request for an administrative injunction only confirms that this Court should issue interim relief to prevent the law from taking effect until the government's motion is fully briefed and resolved. California neither explains why there is an imminent need for state officials to begin arresting and prosecuting federal officials beginning tomorrow, nor does it disclaim any intention of doing so. A temporary injunction would either be entirely harmless (if California has no such plans) or would allow this Court to determine whether the provision at issue is likely lawful before allowing California to dramatically escalate its disagreement with the federal government in this way.

Although California states that such a temporary injunction would be "extraordinary," the enactment here is extraordinary, in so blatantly attempting to invert our constitutional structure by directly regulating the operations of the federal government. California does not squarely deny that this Court has authority to enter a temporary injunction, which it obviously does. And California offers no merits argument, or argument on the equities, that would suggest that this Court should refrain from doing so here.

California also states that it will file its response in short order and that, in the alternative, "the Court could grant a time-limited administrative injunction that would expire in 14 days." The United States does not object to that proposal: an expedited schedule that would allow the Court to decide the motion for an injunction pending appeal within 14 days, with an injunction maintaining the status quo in the meantime.

. Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY

<u>*/s/ Andrew M. Bernie*</u>
ANDREW M. BERNIE
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-3511*
   *andrew.bernie@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) and Local Rules 27-1(d) and 32-3 because it contains 256 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman font.

                                                 */s/ Andrew M. Bernie*
                                                 ANDREW M. BERNIE