No. 26-926
Argument not Yet Scheduled for Appeal;
Motion for Injunction Pending Appeal Argued February 19, 2026
before Judges Nguyen, Bennett, and Collins

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

STATE OF CALIFORNIA, *et al*.,
*Defendants-Appellees*.

**On Appeal from the United States District Court
for the Central District of California**
No. 25-cv-10999
The Honorable Christina A. Snyder

## UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME
## TO FILE ANSWERING BRIEF

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
  *Senior Assistant
  Attorneys General*
JOSHUA A. KLEIN
  *Supervising Deputy
  Solicitor General*
ANNA FERRARI
LEE I. SHERMAN
  *Supervising Deputy
  Attorneys General*

MICA L. MOORE
  *Deputy Solicitor General*
KRISTI A. HUGHES
ZELDA VASSAR
ASHA ALBUQUERQUE
ALYSSA ZHANG
CAMERON A. BELL
  *Deputy Attorneys General*
ZACHARY W. SORENSON
  *Associate Deputy Solicitor General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
(213) 269-6138
mica.moore@doj.ca.gov
*Attorneys for Defendants-Appellees*

April 9, 2026

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Defendants-Appellees respectfully request a 7-day extension of time in which to file the answering brief, up to and including April 21, 2026.  Defendants have not previously requested an extension of time in this appeal.  *See* Declaration of Mica L. Moore (Moore Decl.), ¶ 3.  Plaintiff-Appellant does not oppose this extension request.  *Id.* at ¶ 5.

This case involves a constitutional challenge to SB 805, which establishes a visible-identification requirement for all law enforcement agencies operating in California.  The district court issued an order denying a preliminary injunction as to SB 805 on February 9, 2026.  The federal government appealed and moved for an injunction pending appeal.  C.A. Dkts. 1, 5.  This Court granted a temporary administrative injunction prohibiting enforcement of SB 805 as to federal officers, pending the Court's review of the federal government's motion.  C.A. Dkt. 10.  Defendants filed their response to the motion on February 23, and the federal government filed a reply on February 26.  C.A. Dkts. 17, 19.  The Court heard argument on the motion on March 3.  C.A. Dkt. 11.  The motion is currently pending.

As to the preliminary injunction appeal, the Clerk entered a scheduling order requiring the opening brief to be filed by March 17, the answering brief to be filed

by April 14, and the optional reply brief to be filed within 21 days of service of the answering brief. C.A. Dkt. 2. The federal government filed its opening brief on March 17.

Defendants-Appellees now seek a modest 7-day extension of the time to file the answering brief, to and including April 21, 2026. Moore Decl. ¶ 3. As counsel's accompanying declaration explains, this request is supported by a showing of diligence and substantial need. Undersigned counsel has exercised diligence in working on the answering brief, but additional time is needed. Preparation of the brief will require sufficient time for collaboration among attorneys across multiple sections in the California Department of Justice, including the Office of the Solicitor General, Government Law Section, and Civil Rights Enforcement Section. An additional week to complete the process of internal review and revision will permit counsel to finalize the brief in a way that will be most helpful to the Court. *Id.* ¶ 4.

On April 8, 2026, undersigned counsel contacted counsel for the federal government for their position on the request. Counsel stated that they do not object to this extension request. Moore Decl. ¶ 5.

//

//

For the foregoing reasons, Defendants-Appellees respectfully request a 7-day extension of the answering brief deadline.

Dated: April 9, 2026                    Respectfully submitted,

_/s/ Mica L. Moore_

ROB BONTA
  _Attorney General of California_
SAMUEL T. HARBOURT
  _Solicitor General_
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
  _Senior Assistant Attorney General_
MICA MOORE
  _Deputy Solicitor General_
ANNA FERRARI
LEE I. SHERMAN
  _Supervising Deputy Attorney General_
KRISTI A. HUGHES
ZELDA VASSAR
ASHA ALBUQUERQUE
ALYSSA ZHANG
CAMERON A. BELL
  _Deputy Attorneys General_
ZACHARY W. SORENSON
  _Associate Deputy Solicitor General_

_Attorneys for Defendants-Appellees_

### DECLARATION OF MICA L. MOORE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Mica L. Moore, declare:

1.  I am an attorney licensed to practice law in the State of California and before this Court.  I am employed as a Deputy Solicitor General by the California Department of Justice, Office of the Attorney General.  I am an attorney of record for Defendants the above-captioned matter, and I have personal knowledge of the facts stated in this declaration.

2.  The Clerk entered a scheduling order requiring the opening brief to be filed by March 17, the answering brief to be filed by April 14, and the optional reply brief to be filed within 21 days of the answering brief.  Consistent with the order, the federal government filed its opening brief on March 17.

3.  On behalf of Defendants-Appellees, I am requesting a 7-day extension of the answering brief deadline, up to and including April 21, 2026.  Defendants have not previously requested an extension of time in this appeal.

4.  Although I and other attorneys assigned to this case have been diligently working to draft and revise the brief, completion of the brief requires additional collaboration among several attorneys in the Department of Justice, including review by attorneys in the Office of the Solicitor General, the Civil Rights Enforcement Section, and the Government Law Section.  An additional 7 days to

complete the process of internal review and revision will permit counsel to finalize the brief in a way that will be most helpful to the Court.

5.  On April 8, 2026, I contacted counsel for the federal government and asked whether counsel objected to Defendants-Appellees' request to extend the answering brief deadline by 7 days.  Counsel stated that they did not oppose this request for an extension of time.

6.  Counsel for Defendants-Appellees has exercised diligence in this matter and will continue to do so, and anticipates that the answering brief will be filed within the time requested.

7.  There is no issue of court-reporter default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on April 9, 2026.


 Dated:  April 9, 2026

_/s/ Mica L. Moore_
Mica L. Moore

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1 because it contains 439 words, excluding the accompanying declaration exempted by Federal Rule of Appellate Procedure 27(a)(2)(B). I further certify that the motion's type size and typeface comply with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman font.

Dated:  April 9, 2026                                                   /s/ Mica L. Moore
                                                                                    Mica L. Moore